# EXHIBIT D

**Exhibit D: List of Landowners**

James W. Granbery
2022 Fransworth Drive
Nashville, TN 37205-2700

James Treanor Granbery, III
714 Darden Place
Nashville, TN 37205