IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TENNESSEE GAS PIPELINE COMPANY, L.L.C. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. _____ |
| 17.697 ACRES IN DICKSON COUNTY, TENNESSEE; JAMES W. GRANBERY; And JAMES TREANOR GRANBERY, III, | ) ) ) ) ) |
| Defendants. | ) |

## NOTICE

**To:** **James W. Granbery**

You are hereby notified that a complaint in condemnation has heretofore been filed in the office of the Clerk of the United States District Court for the Middle District of Tennessee, at the United States Courthouse in Nashville, Tennessee for the taking of a perpetual easement and temporary construction easement, as fully described in the Complaint, for use in the pre-construction, construction, operation, and maintenance of a natural gas pipeline on the following described property in which you have or claim an interest:

> Those certain tracts or parcels of land containing 1.91 acres, more or less, located in the County of Dickson, State of Tennessee and being the same land described in a Special Warranty Deed dated May 18, 2020 and recorded on May 18, 2020 in Volume 1438 at Page 160 in the Register's Office in the County of Dickson, State of Tennessee.

> That certain tract or parcel of land containing 218.86 acres, more or less, located in the County of Dickson, State of Tennessee and being the same land described in a Warranty Deed dated August 21, 2012 and recorded on September 20, 2012 in

Volume 1126 at Page 99 in the Register's Office in the County of Dickson, State of Tennessee.

That certain tract or parcel of land containing 31.543 acres, more or less, located in the County of Dickson, State of Tennessee and being the same land described in a Warranty Deed dated December 28, 2012 and recorded on December 31, 2012 in Volume 1135 at Page 764 in the Register's Office in the County of Dickson, State of Tennessee.

The authority for the taking is U.S.C. Title 15, §717f(h), the Natural Gas Act.

You are further notified that, if you desire to present any objection or defense to the taking of your property described herein, you are required to serve your answer on the United States District Court Clerk for the Middle District of Tennessee at Nashville and the plaintiff's attorney at the address herein designated within twenty-one days after service of this notice upon you.

Your answer shall identify the property in which you claim to have an interest, state the nature and extent of the interest you claim, and state all of your objections and defenses to the taking of your property. All defenses and objections not presented in the answer are waived. If you fail to answer the complaint, this constitutes a consent to the taking and to the Court's authority to proceed to hear the action and fix compensation.

If you have no objection or defense to the taking of the property, you may serve on the plaintiff's attorney a notice of appearance designating the property in which you claim to be interested. Thereafter, you will receive notice of all proceedings affecting the property. At the trial of the issue of just compensation, whether or not you have previously appeared or answered, you may present evidence as to the amount of the compensation to be paid for your property, and you may share in the distribution of the award.

Rule 71.1(d)(2) of the Federal Rules of Civil Procedure requires that an address be provided within the district in which this action is brought where the Plaintiff's attorney may be served. Such address is 1221 Broadway, Suite 2400, Nashville, Tennessee 37203.

By:

*s/ Emily M. Ruzic*
Emily M. Ruzic
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8000
eruzic@bradley.com

Lela M. Hollabaugh
Bradley Arant Boult Cummings LLP
One 22 One
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
lhollabaugh@bradley.com